**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HTC CORPORATION et al.** | ) | |
| **Plaintiffs and** | ) | |
| **Counterclaim-Defendants** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:08-cv-01897- RMC** |
| | ) | |
| **IPCOM GMBH & CO., KG,** | ) | |
| **Defendant and** | ) | |
| **Counterclaim-Plaintiff** | ) | |

**EXHIBIT 125 TO**

**IPCOM'S OPENING CLAIM CONSTRUCTION BRIEF**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HTC CORPORATION et al.** | ) | |
| | ) | |
| **Plaintiffs and** | ) | |
| **Counterclaim-Defendants** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:08-cv-01897- RMC** |
| | ) | |
| **IPCOM GMBH & CO., KG,** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim-Plaintiff** | ) | |

## DECLARATION OF DR. VIJAY MADISETTI

1.      My name is Dr. Vijay Madisetti.  I am over the age of majority and competent to make this declaration based on my personal knowledge.

2.      I am a United States citizen, residing at 56 Creekside Park Drive, Johns Creek, Georgia 30022.

3.      I am currently a tenured full Professor of Electrical and Computer Engineering at Georgia Institute of Technology in Atlanta, Georgia, and have been active in research and education in the area of wireless communications and signal processing since 1989.

4.      I obtained my PhD in Electrical Engineering and Computer Sciences from the University of California at Berkeley in 1989 and have been teaching and conducting research as a Professor of Electrical and Computer Engineering at Georgia Institute of Technology since then. I have authored, co-authored, or edited several books in the areas of signal processing, communications, and computer engineering, including "VLSI Digital Signal Processing" (IEEE Press, 1995) and "The Digital Signal Processing Handbook" (CRC Press, 1998/2009).

5.      I have been active in research in the area of wireless and mobile communications and some of my recent peer-reviewed publications in this area include: (i) Turkboylai, M. and Madisetti, V.K., "Effect of Handoff Delay on System Performance of TDMA Cellular Systems", ProcAth International Workshop on Mobile & Wireless Communication Networks, pp. 411-415, 2002; and  (ii) Jatunov, L. and Madisetti, V.K. , "Computationally-Efficient SNR Estimation for Bandlimited Wideband CDMA Systems", IEEE Transactions on Wireless Communications, Issue 12, pp. 3480-3491, December 2006.

6.      I have been awarded the 2006 Frederick Emmons Terman Medal for my contributions to electrical engineering by the American Society of Engineering Education, and have also received Georgia Tech's Outstanding Doctoral Advisor Award in 2001.

7.      I am a Fellow of the IEEE.

8.      A copy of my resume is attached as Exhibit A and I understand the other materials I reference herein will be filed with the Court as exhibits.  I am being compensated for my time in preparing and submitting testimony in this matter at a rate of $300 per hour.

9.      I have been asked to review U.S. Patent 6,879,830 ("830 patent") and its disclosure and provide testimony that I understand may be considered by the Court in a proceeding aimed at construing the 830 patent.

10.      I have been informed that one of the issues the Court has been asked to address requires an understanding of what the disclosure of the 830 patent teaches to a person skilled in the art at the time of the invention of the 830 patent, which I have been asked to assume is the 1999 time frame.  I have been instructed that certain claim terms are in dispute that involve "an arrangement for reactivating the link with the first base station if the handover is unsuccessful," as stated in claims 1 and 18, "an arrangement for transmitting link data for a link between the mobile station and a first base station of a network to a second base station of the network and "an arrangement for reestablishing the link with the first base

2

station" in claim 12.  I have been instructed that disclosure of structure for these arrangements may be implicit or inherent in the written description of the 830 patent if it would have been clear to those skilled in the art.

11.     With these instructions in mind, I have been asked to consider the structure disclosed in the 830 patent to a person skilled in the art for the arrangements stated above.  In undertaking my analysis, I have been asked to consider the understanding of the 830 patent from the viewpoint of a person of ordinary skill in the art.  I understand that the considerations used in determining one of ordinary skill include: (i) the educational level and experience of persons actively working in the field at the time of the invention, including the inventor; (ii) the types of problems encountered in the art at the time of the invention; (iii) the prior art solutions to those problems; (iv) the rapidity with which innovations were made; and (v) the sophistication of the subject technology.  It is my opinion that a person of ordinary skill in the art pertaining to the inventions described in the 830 patent would have at least a BS degree in electrical engineering or a related discipline and two to three years of experience practicing in the field of wireless communications or an advanced degree in a relevant discipline.

### U.S. Patent 6,879,830

12.     The 830 patent is titled "Method for Handover, Mobile Station for Handover and Base Station for Handover."  I understand it was filed on January 6, 2000 in this country and it claims priority to a German application filed January 8, 1999.  The patent addresses handovers in a cellular network.  The Abstract states:

3

(57)                    **ABSTRACT**

A method for handing over a link between a mobile station
and a network from a first base station to a second base
station of the network. In the case of an existing link, link
data for the link are stored in the base station in question and
resources of the base station are held in reserve for the link.
When a link is handed over, the link data initially remain
stored in the first base station and the resources of the first
base station initially remain held in reserve. At a later
timepoint the link data are deleted and the resources are
freed up. Furthermore, a method is used in which in the case
of a handover the mobile station sends the network a query
as to whether the network can support the handover by
transferring the link data from the first mobile station to the
second mobile station. If the mobile station is informed that
the network cannot support the handover the mobile station
makes the link data available to the second base station.

13.     Figure 1 of the 830 patent show a schematic diagram of known components in

a cellular network:



Fig. 1

Blocks 1 and 2 of figure 1 represent base stations.  (830 patent 2:59-62).  Block 3 represents a

mobile station in radio communication with base station 1 via the jagged arrow shown

connecting BS 1 and MS 3. (830 patent 2:62-64).  Figures 2-6 of the 830 patent include a

schematic call flow diagram of a mobile station identified as "MS" that participates in

sending and receiving messages to and from the base stations identified as BS 1 and BS 2. The references to "MS" or to a "mobile station" in the 830 patent mean to one of ordinary skill in the art a mobile radio station that could operate on a cellular network.  A mobile station is a standard component of a cellular network whose structure is well known in the art.  One of skill in the art, for example, would understand a mobile station to have a microphone and a speaker as well as certain internal components such as processor and a transceiver.  All of these items would be well understood in 1999 to make up what was referred to as "MS" or "mobile station" in the patent.

14.     This understanding is reflected in descriptions of mobile stations implementing the GSM standard—which by 1999 was a very successful cellular standard in wide deployment.  For example, in a 1994 publication titled *A Brief Overview of GSM*, John Scourias explains in a section entitled "Architecture of the GSM Network" that "The mobile station (MS) consists of the physical equipment, such as the radio transceiver, display and digital signal processors, and a smart card called the Subscriber Identity Module (SIM)." *Scourias* section 3.1.

15.     A number of patents filed before 1999 also make it clear that mobile stations necessarily included such components as transceivers and processors.  In fact, U.S. patent no. 6,061,718 evenly explicitly states at col. 1:35-62 that this was well known in the art:

> The architecture for a typical cellular radio system is shown in FIG. … The cellular telephone users (mobile subscribers) in the cells C1-C10 are provided with portable (hand-held), transportable (hand-carried) or mobile (car-mounted) telephone units, collectively referred to as "mobile stations", such as mobile stations M1-M5, each of which communicates with a nearby base station. Each of the mobile stations M1-M5 includes a microphone, a loudspeaker, a controller (microprocessor) and a transceiver, as well known in the art. The transceiver in each mobile station may tune to any of the RF channels specified in the system (whereas each of the transceivers in the base stations B1-B10 usually operates on only one of the different RF channels used in the corresponding cell).

16.     U.S. Patent 6,252,860 cited on the face of the 830 patent provides a diagram of

a mobile station and a base station in the portion of Figure 2 shown below:



17.     The description corresponding to the figure above describes the MT (mobile

terminal) in Figure 2 of U.S. Patent 6,252,860 as follows at col. 2:39-67:

> FIG. 2 shows, on the basis of the reference Components 31 (1993), no. 6,
> pages 215 to 218, S. Althammer, D. Bruckmann: "Hochoptimierte IC's fur
> DECT-Schnurlostelefone," the schematic circuit construction of the base
> station BS and of the mobile part MT. According to FIG. 2, the base station
> BS and the mobile part MT includes a radio part FKT with an antenna ANT
> allocated for the transmission and reception of radio signals, a signal
> processing means SVE and a central control unit ZST, connected with one
> another in the way shown. In the radio part FKT, the known means, such as
> the transmitter SE, receiver EM and synthesizer SYN, are contained. In the
> signal processing means SVE, among other things a coding/decoding means
> CODEC is contained. The central control unit ZST includes both for the base
> station BS and for the mobile part MT, a microprocessor .mu.P with a program
> module PGM constructed according to the OSI/ISO layer model, a signal
> control part SST and a digital signal processor DSP, connected to one another
> in the way shown. Of the layers defined in the layer model, only the first four
> layers, immediately essential for the base station BS and the mobile part MT,
> are shown. The signal control part SST is fashioned in the base station BS as a
> time switch controller TSC and is fashioned in the mobile part MT as a burst
> mode controller BMC. The essential difference between the two signal control
> parts TSC, BMC is that the base-station-specific signal control part TSC, in
> relation to the mobile-part-specific signal control part BMC, takes over
> additional switching functions.

This portion of U.S. Patent 6,252,860 explains that a typical mobile station includes a processor constructed according to the OSI/ISO layer model.

18.     U.S. Patent 5,278,832 illustrates a mobile station in Figure 1 as shown:



U.S. Patent 5,278,832 describes at col. 2:16-55 the components of Figure 1 as including, among other things, a receiver, a transmitter, and a microprocessor.

19.     U.S. Patent 5,119,397 includes an illustration of a mobile station as Figure 3, an excerpt of which is shown below:



Note the microprocessor 308 in the middle of the diagram and the duplexer 311 to the far right.  The duplexer together with the power amplifier and radio receiver form a transceiver unit.  Figure 3 is described in U.S. Patent 5,119,397 as follows:

FIG. 3 illustrates a block diagram of a digital mobile station utilized in conjunction with the present invention. (3:33-35). …

The power amplifier 305 is connected to an antenna 321 via a duplexer 311 and is controlled from the microprocessor 308.

The mobile station also comprises a radio receiver 318 connected to the duplexer 311, a radio signal strength or level measuring unit 312, and an analog to digital converter 317. (5:13-19). …

The microprocessor 308 receives instructions from the base station as to which codes to use and the particular connection. The microprocessor 308 then reads the codes from the storage units (5:61-65). …

Upon receiving radio signals from a base station, the synchronization and recognition of the time slot identifier code is performed in the equalizer 316 in cooperation with the microprocessor 308.  (6:1-4).

20.     U.S. Patent 5,745,860 includes a schematic block diagram of a mobile station

as Figure 7, an excerpt of which is shown below:

## FIG.7



The patent describes at col. 8:28-37 that the "mobile station" shown in Figure 7 as including

a transmitter 704 and receiver 722, as well as a processor 712.

8

21.     Although the above materials establish a mobile station was well known as including a transceiver and processor by 1999, such a point was sufficiently well established by that time frame that persons skilled in the art felt no need to state this expressly.  For example, in explaining the makeup of a mobile station Michel Mouly in his 1992 book *The GSM System for Mobile Communications* explains: "But what does a mobile station involve?  Beside generic radio and processing functions to access the network through the radio interface.…" (p. 91).  The "generic radio and processing functions" described by Mouly imply a transceiver and microprocessor.  But in this passage Mouly takes for granted that persons in this field would understand an MS includes "radio and processing functions to access the network through the radio interface."

22.     Based on these materials, as well as on my own experience and education, I believe persons working in the field in 1999, with the educational and experience requirements stated above, would understand that when the 830 patent refers to an "MS" or to a "mobile station" it is referring to a device including certain basic components such as a transceiver and a processor.  In other words, the reference to "MS" is simply a shorthand way of communicating certain equipment, including a transceiver and processor, to one of skill in the art.

23.     From the description of the 830 patent, it is also clear to one of ordinary skill in the art that the MS must necessarily include a transceiver.  For example, to engage in radio communication, the MS 3 must send and receive radio signals to and from the base stations 1, 2.  It was well understood in 1999 that a mobile station and a base station necessarily send and receive signals through use of a transceiver.  In fact, "transceiver" is simply short-hand for a "*trans*mitter/re*ceiver*."  A transmitter is used to send radio signals from the mobile station to the base station, and vice versa.  A receiver is used to receive signals at the mobile station or the base station.  One of ordinary skill in the art would understand that a transceiver

9

necessarily performs certain features of the 830 patent such as helping to establish (or reestablish) the radio link indicated by the jagged arrow in Figure 1.

24.     From the description of the 830 patent, it is also clear to one of ordinary skill in the art that the MS must necessarily include a processor.  Col. 3:29-33 of the 830 patent states "In step 100, it is determined that a handover is required, e.g., because the quality of the link between the MS and BS 1 has fallen below a certain value."  This tells one of ordinary skill in the art that the MS is able to receive messages through the use of a transceiver and monitor the link quality, which processors typically do in assessing whether the quality of such signals falls below a certain level.  Further down, col. 3:37-40 states:

> However, the MS may already know which BS 2 it wants to register with, e.g., by measuring the field intensity of BS 2, so that the search for a new base station is no longer necessary. By synchronizing, the MS prepares itself for communication with new BS 2, e.g., by adapting to the bit rate of BS 2, which is slightly different from that of old BS 1. The MS then, by means of message 103, sends a handover query (Handover Request) to BS 2 in which it asks it to set up a link with the MS. In addition, request 103 also contains the address of BS 1 and can thus enable BS 2 to exchange data regarding the link with the MS with BS 1 directly.

Again, these operations require a transceiver connected to a processor for receiving transmitted signals, synchronizing, formulating the appropriate handover query message 103, and transmitting the message to the appropriate base station.  Col. 3:62-65 also describes the sending and receiving of security-related data including "key codes and encryption data" included "with the messages themselves."  One of ordinary skill would understand that a processor within the the mobile station would be involved in analyzing and implementing the key codes and encryption.

25.     I believe the 830 patent also makes clear to a person of ordinary skill in the art that a processor must necessarily perform operational steps described in the call flow diagrams.  For example, in modern cellular systems, the radio signals sent and received by the transceiver are packaged in the form of messages, which typically contain information

defined by a standard, such as the GSM or DECT standards mentioned in the 830 patent at col.1:29-32. The 830 patent refers to these messages in both its figures and text. Figures 2-6 thus show "call flow" diagrams in which such messages are sent between the MS 1, BS 1 and BS 2. Using such call flow diagrams is a well known technique for illustrating the important call processing functionality required for certain call flow or messaging operations in cellular and other telephony systems. The sending, receiving, formulating, and interpreting of messages at the mobile station in conformance with the logical flow set out in these diagrams must necessarily be implemented by a processor in the mobile station.

26.     One of ordinary skill in the art would understand that a programmable processor is responsible for carrying out the logical control of the messaging flow shown in Figures 2-6. The call flow diagrams shown in the 830 patent are in a typical format that skilled persons understand are implemented by software in a processor. One of skill would understand controlling the logical flow of such messaging would not be computationally intense and thus would be most suitably implemented in a programmable multipurpose processor. The 830 patent itself states at col. 3:22-25 that the figures 2-6 show certain boxes in which "internal processing procedures" are performed during the time period "in which no messages are exchanged." As a further example, the patent states at col. 5:8-12:

> If this is impossible, they will ask the mobile station to make the corresponding data available. FIGS. 4 to 6 relate to a method for handing over an MS from an old base station BS 1 to a new base station BS 2. If the handover to new base station BS 2 fails, the MS can reactivate the link to old base station BS 1 by sending a simple message.

Here, this disclosure relates to the logical operations a processor must implement to reactivate the link – it must identify when a handover fails and formulate the appropriate response message to reactivate the link.

27.     One of skill in the art would understand that the disclosed logical flow would occur at the "message layer" or layers 2 & 3 and higher layers of the OSI/ISO protocol stack

and would understand that these protocol layers are implemented in the processor included in

a mobile station.  Using a "layered" model allows changes to be made to the processing

functions of a mobile station without rendering older equipment obsolete.  This approach

accommodates changes to standards, a point the 830 patent makes at col. 6:58-64 in

discussing that such changes were a known occurrence in 1999:

> For example, this may be true if, during a transition phase from one mobile
> radio-communications generation to the next, there is a period in which base
> stations using the new standard and base stations using the old standard are
> present, the mobile stations being able to communicate with both types of base
> station, but the base stations being incapable of communicating among
> themselves to a sufficient degree.

In other words, as new standards are disclosed or existing standards updated, software

downloads to the MS ensure its ability to communicate with both old and new base stations.

28.     That a programmable processor would be used is also confirmed in the peer

reviewed literature.  For example, in his 1999 paper entitled *Software-Defined Radio: Facets

of a Developing Technology*, Walter Tuttlebee explained that implementing even more basic

functionality – like certain baseband processing – in a general purpose processor enhanced

this objective of allowing for multiple standards and providing reconfigurability in the mobile

station.  Thus, page 41 of the Tuttlebee paper explains:

> Their phase 1 architecture, shown in Fig. 5, implements
> channel coding, source coding. and control functionality in
> software on DSP/µC/programmable logic. This architecture is
> already in use for today's digital phones, such as their PDC
> product, and allows a measure of new service introduction
> onto the phone in the field; in effect it allows reconfiguration
> at the very top of the protocol stack, the applications layer.
>   The extension of this to implement the baseband modem
> functionality in software is shown in Fig. 6. This step allows
> the realization of new and adaptive modulation schemes
> under either self-adaptive or download control.
>   Further extension of this, involving a major change to the
> overall architecture to implement the intermediate frequency
> (IF) signal processing digitally in software, will allow a single
> terminal to adapt to multiple radio interface standards by
> software reconfigurability (i.e., reconfigurability at the lowest
> level of the protocol stack); see Fig. 7.
>   It is clear that the processing power required to implement

This portion of the paper is describing how it is widely accepted in practice, as evidenced by its description in peer-reviewed literature, that protocol software (such as the procedures described in the 830 patent) are implemented in a processor.

29.     Figures 5 & 6 below also show that increasing amount of functionality (not only the protocol stack and associated control, but also some of the modem functionality) is being executed on a programmable processor:



**Figure 5.** *Possible handset evolution: phase 1 — one manufacturer's view [6].*



**Figure 6.** *Possible handset evolution: phase 2 — one manufacturer's view [6].*

30.     For the reasons explained above, it is my opinion that one or ordinary skill in the art would understand the 830 patent's reference to a mobile station (MS) to be a reference

to equipment including a transceiver connected to a processor. One of ordinary skill in the art would further understand that the operations identified in the logical call flows illustrated in Figures 2-6 would be implemented in the mobile station's processor.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed November $\underline{24}$, 2009.

_____

Dr. Vijay Madisetti

14

**EXHIBIT A**

**Dr. Vijay K. Madisetti**
**Fellow, IEEE**
vkm@madisetti.com
Cell: 770-527-0177

**Professor of Electrical & Computer Engineering (1989-present)**
**School of Electrical & Computer Engineering.**
**Georgia Tech, Atlanta, GA 30332, USA**
**(404)-894-2901**

## Past Employment:

- 1984-1989: Post Graduate Researcher (UC Berkeley),
- 1989-present: Full Professor of Electrical & Computer Engineering (Georgia Tech).

**Areas of Technical Interest —**Wireless & Telecommunications, Packet Cable Wireless Communications Chipsets & Systems, Digital Signal Processing, Computers, Mobile Phones, Internet, Chip Design

## Startup Companies:

Director, **VP Technologies, Inc**. (1995-  ): A startup commercialized through Georgia Tech's Advanced Technology Development Corporation (ATDC) focusing on digital IC development for military market. http://www.vptinc.com

Director, **Soft Networks, LLC** (2001-  ): A startup commercialized through Georgia Tech support focusing on software development tools and compilers for VOIP/telecommunication products.  http://www.soft-networks.com

Director, **Elastic Video Inc.** (2007- ): A startup commercialized through Georgia Tech's VentureLab (http://venturelab.gatech.edu) development image and video processing software for wireless & IP networking.

## Earned Degrees

1. **B. Tech (Hons), Electronics & Electrical Comm. Engineering**
   *Indian Institute of Technology (IIT), Kharagpur, India*
   1984.

2. **Ph.D., Electrical Engineering & Computer Sciences (EECS)**
   *University of California (UC), Berkeley. CA*
   1989.

## Books

1. **VLSI Digital Signal Processors**
   *Madisetti, V.K.;*
   Boston: MA, IEEE Press: Butterworth Heinemann, 1995, 525 pp.

2. **Quick-Turnaround ASIC Design in VHDL**
   *Romdhane, M., Madisetti, V.K., Hines, J.*
   Boston: MA, Kluwer Academic Press, 1996, 190 pp.

3. **The Digital Signal Processing Handbook**
   *Madisetti, V. K., Williams, D. (Editors)*
   Boca Raton, Fla, 1998, 2500 pp.

4. **VHDL: Electronics Systems Design Methodologies**.
   *Madisetti, V. K. (Editor)*
   Boston: MA, IEEE Standards Press, 2000, ISBN 0-7381-1878-8.

5. **Platform-Centric Approach to System-on-Chip (SoC) Design.**
   *Madisetti, V. K., Arpnikanondt, A.*
   Boston: MA, Springer, 2004, 280 pp.

6. **The Digital Signal Processing Handbook ─ Second Edition.**
   Madisetti, V. K. (2009)
   Boca Raton, Fla.



## Edited Books & Collection of Papers

1. **Advances in Parallel & Distributed Simulation**
   *Madisetti, V.K.; Nicol, D., Fujimoto, R. (Editors)*
   San Diego, CA: SCS Press, 1991, 200 pp.

2. **Modeling, Analysis, Simulation of Computer & Telecommunications Systems**
   *Madisetti, V., Gelenbe, E., Walrand, J. W. (Editors)*
   Los Alamitos: CA, IEEE Computer Society Press, 1994, 425 pp.

3. **Modeling & Simulations on Microcomputers**
   *Madisetti, V.K. (Editor)*
   San Diego, CA: SCS Press, 138 pp. 1990.

## Editorship of Journals & Transactions

1. **IEEE Design & Test of Computers**
   Special Issue: Reengineering Digital Systems

April – June 1999 (Vol 16, No 2)
*Madisetti, V.K (Editor)*
Los Alamitos: CA, IEEE Computer Society Press, 1999.

2. **IEEE Design & Test of Computers**
   Special Issue: Rapid Prototyping of Digital Systems
   Fall 1996  (Vol 13, No 3)
   *Madisetti, V., Richards, M. (Editors)*
   Los Alamitos: CA, IEEE Computer Society Press, 1994, 425 pp.

3. **IEEE Transactions on Circuits & Systems II**
   *Associate Editor*: 1993-1995.

4. **International Journal in Computer Simulation**
   *Associate Editor: 1990-1993*

5. **International Journal in VLSI Signal Processing**
   *Editorial Board:  1995 - Present*

## Refereed Journal Publications

1. **Multilevel range/NEXT performance in digital subscriber loops**
   *Brand, G.; Madisetti, V.; Messerschmitt, D.G.;*
   Communications, Speech and Vision, IEE Proceedings I [see also IEE
   Proceedings-Communications]  ,Volume: 136 , Issue: 2 , April 1989
   Pages:169 – 174

2. **Seismic migration algorithms on parallel computers**
   *Madisetti, V.K.; Messerschmitt, D.G.;*
   Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
   Signal Processing, IEEE Transactions on]  ,Volume: 39 , Issue: 7 , July 1991
   Pages:1642 – 1654

3. **Asynchronous algorithms for the parallel simulation of event-driven
   dynamical systems**
   *Madisetti, V.K.; Walrand, J.C.; Messerschmitt, D.G.:*
   ACM Transactions on Modeling and Computer Simulation, v 1, n 3, July 1991,
   Pages:  244-74

4. **Synchronization mechanisms for distributed event-driven
   computation**

*Madisetti, V.K.; Hardaker, D.:*
ACM Transactions on Modeling and Computer Simulation, v 2, n 1, Jan. 1992,
Pages:   12-51

5. **Efficient VLSI Architectures for the Arithmetic Fourier Transform (AFT)**
*Kelley, B.T.; Madisetti, V.K.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on]  ,Volume: 41 , Issue: 1 , January 1993
Pages: 365-378

6. **The fast discrete Radon transform. I. Theory**
*Kelley, B.T.; Madisetti, V.K.;*
Image Processing, IEEE Transactions on  ,Volume: 2 , Issue: 3 , July 1993
Pages: 382 – 400

7. **The Georgia Tech digital signal multiprocessor**
*Barnwell, T.P., III; Madisetti, V.K.; McGrath, S.J.A.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on]  ,Volume: 41 , Issue: 7 , July 1993
Pages: 2471 – 2487

8. **The MIMDIX Environment for Parallel Simulation**
*Madisetti, V.K.; Hardaker, D.; Fujimoto, R.M.:*
Journal of Parallel and Distributed Computing, v18, no. 4, August 1993,
Pages:  473-83.

9. **LMSGEN: a prototyping environment for programmable adaptive digital filters in VLSI**
*Romdhane, M.S.B.; Madisetti, V.K.;*
Chapter in VLSI Signal Processing, VII, 1994.,
Pages: 33 – 42

10. **Fixed-point co-design in DSP**
*Egolf, T.W.; Famorzadeh, S.; Madisetti, V.K.;*
Chapter in VLSI Signal Processing, VII, 1994.,
Pages: 113 - 126

11. **A fast spotlight-mode synthetic aperture radar imaging system**
*Madisetti, V.K.;*
Communications, IEEE Transactions on  ,Volume: 42 , Issue: 234 , February-April 1994
Pages: 873 – 876

**12. Rapid prototyping on the Georgia Tech digital signal multiprocessor**
*Curtis, B.A.; Madisetti, V.K.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on] ,Volume: 42 , Issue: 3 , March 1994
Pages: 649 – 662

**13. Low-power signaling in asymmetric noisy channels via spectral shaping**
*Sipitca, M.; Madisetti, V.K.;*
Signal Processing Letters, IEEE, Volume: 1 , Issue: 8 , Aug 1994
Pages: 117 – 118

**14. A quantitative methodology for rapid prototyping and high-level synthesis of signal processing algorithms**
*Madisetti, V.K.; Curtis, B.A.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on] ,Volume: 42 , Issue: 11 , Nov. 1994
Pages: 3188 – 3208

**15. Computer Simulation of Application-Specific Signal Processing Systems**
*Casinovi, G.; Madisetti, V.K.;*
International Journal in Computer Simulation, Vol. 4, No. 4, Nov 1994.

**16. System partitioning of MCMs for low power**
*Khan, S.A.; Madisetti, V.K.;*
Design & Test of Computers, IEEE ,Volume: 12 , Issue: 1 , Spring 1995
Pages: 41 – 52

**17. Error correcting run-length limited codes for magnetic recording**
*Jaejin Lee; Madisetti, V.K.;*
Magnetics, IEEE Transactions on ,Volume: 31 , Issue: 6 , Nov. 1995
Pages: 3084 – 3086

**18. Virtual prototyping of embedded microcontroller-based DSP systems**
*Madisetti, V.K.; Egolf, T.W.;*
Micro, IEEE ,Volume: 15 , Issue: 5 , Oct. 1995
Pages: 9 – 21

**19. Constrained multitrack RLL codes for the storage channel**
*Lee, J.; Madisetti, V.K.;*
Magnetics, IEEE Transactions on ,Volume: 31 , Issue: 3 , May 1995
Pages: 2355 – 2364

**20. Rapid digital system prototyping: current practice, future challenges**
*Madisetti, V.K.;*
Design & Test of Computers, IEEE ,Volume: 13 , Issue: 3 , Fall 1996
Pages: 12 – 22

**21. Conceptual prototyping of scalable embedded DSP systems**
*Dung, L.-R.; Madisetti, V.K.;*
Design & Test of Computers, IEEE ,Volume: 13 , Issue: 3 , Fall 1996
Pages: 54 – 65

**22. Advances in rapid prototyping of digital systems**
*Madisetti, V.K.; Richards, M.A.;*
Design & Test of Computers, IEEE ,Volume: 13 , Issue: 3 , Fall 1996
Pages: 9

**23. Combined modulation and error correction codes for storage channels**
*Jaejin Lee; Madisetti, V.K.;*
Magnetics, IEEE Transactions on ,Volume: 32 , Issue: 2 , March 1996
Pages: 509 – 514

**24. Model-based architectural design and verification of scalable embedded DSP systems-a RASSP approach**
*Dung, L.-R.; Madisetti, V.K.; Hines, J.W.;*
Chapter in VLSI Signal Processing, IX, 1996.
Pages: 147 – 156

**25. Low-power digital filter implementations using ternary coefficients**
*Hezar, R.; Madisetti, V.K.;*
Chapter in VLSI Signal Processing, IX, 1996.,
Pages: 179 – 188

**26. All-digital oversampled front-end sensors**
*Romdhane, M.S.B.; Madisetti, V.K.;*
Signal Processing Letters, IEEE, Volume: 3 , Issue: 2 , Feb. 1996
Pages: 38 – 39

**27. Modeling COTS components in VHDL**
*Calhoun, S., Reese, R; Egolf, T., Madisetti, V.K.;*
Journal of VLSI Signal Processing, Volume: 14 , Issue: 2 , Nov 1996
Pages: 24 – 31

**28. VHDL-Based Rapid Systems Prototyping**

*Egolf, T.; Madisetti, V.K.;*
Journal of VLSI Signal Processing, Volume: 14 , Issue: 2 , Nov 1996
Pages: 40-52

**29. Interface design for core-based systems**
*Madisetti, V.K.; Lan Shen;*
Design & Test of Computers, IEEE ,Volume: 14 , Issue: 4 , Oct.-Dec. 1997
Pages: 42 - 51

**30. Incorporating cost modeling in embedded-system design**
*Debardelaben, J.A.; Madisetti, V.K.; Gadient, A.J.;*
Design & Test of Computers, IEEE ,Volume: 14 , Issue: 3 , July-Sept. 1997
Pages: 24 – 35

**31. On homomorphic deconvolution of bandpass signals**
*Marenco, A.L.; Madisetti, V.K.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
Signal Processing, IEEE Transactions on] ,Volume: 45 , Issue: 10 , Oct. 1997
Pages: 2499 – 2514

**32. A case study in the development of multi-media educational material:
the VHDL interactive tutorial**
*Gadient, A.J.; Stinson, J.A., Jr.; Taylor, T.C.; Aylor, J.H.; Klenke, R.H.;
Salinas, M.H.; Madisetti, V.K.; Egolf, T.; Famorzadeh, S.; Karns, L.N.; Carter,
H.W.;*
Education, IEEE Transactions on ,Volume: 40 , Issue: 4 , Nov. 1997
Pages: 17 pp.

**33. Adaptive mobility management in wireless networks**
*Jeongwook Kim; Madisetti, V.K.;*
Electronics Letters ,Volume: 34 , Issue: 15 , 23 July 1998
Pages: 1453 – 1455

**34. Efficient implementation of two-band PR-QMF filterbanks**
*Hezar, R.; Madisetti, V.K.;*
Signal Processing Letters, IEEE ,Volume: 5 , Issue: 4 , April 1998
Pages: 92 – 94

**35. On fast algorithms for computing the inverse modified discrete
cosine transform**
*Yun-Hui Fan; Madisetti, V.K.; Mersereau, R.M.;*
Signal Processing Letters, IEEE ,Volume: 6 , Issue: 3 , March 1999
Pages: 61 – 64

**36. System on chip or system on package?**
*Tummala, R.R.; Madisetti, V.K.;*
Design & Test of Computers, IEEE  ,Volume: 16 , Issue: 2 , April-June 1999
Pages: 48 – 56

**37. Reengineering legacy embedded systems**
*Madisetti, V.K.; Jung, Y.-K.; Khan, M.H.; Kim, J.; Finnessy, T.;*
Design & Test of Computers, IEEE  ,Volume: 16 , Issue: 2 , April-June 1999
Pages: 38 – 47

**38. Reengineering digital systems**
*Madisetti, V.K.;*
Design & Test of Computers, IEEE  ,Volume: 16 , Issue: 2 , April-June 1999
Pages: 15 – 16

**39. Parameter optimization of robust low-bit-rate video coders**
*Sangyoun Lee; Madisetti, V.K.;*
Circuits and Systems for Video Technology, IEEE Transactions on, Volume: 9
Issue: 6 , Sept. 1999
Pages: 849 – 855

**40. Closed-form for infinite sum in bandlimited CDMA**
*Jatunov, L.A.; Madisetti, V.K.;*
Communications Letters, IEEE  ,Volume: 8 , Issue: 3 , March 2004
Pages: 138 – 140

**41. A new protocol to enhance path
reliability and load balancing in mobile ad hoc networks**
*Argyriou, A.; Madisetti, V.K.;*
Journal of Ad Hoc Networks, Elsevier Press, 2004

**42. Closed-form analysis of CDMA systems using Nyquist pulse**
*Jatunov, L.A.; Madisetti, V. K.;*
Communications Letters, IEEE (Under Revision), 2005.

**43. Systematic Design of End-to-End Wireless Mobility Management
Prototocols,**
*Argyriou, A.; Madisetti, V. K.;*
ACM/Springer Wireless Networks (WINET), Accepted 2005.

**44. A Novel End-to-End Approach for Video Streaming Over the Internet,**
*Argyriou, A.; Madisetti, V. K.;*
Kluwer Telecommunications Systems, Vol. 28, No. 2, Pages 133-150, Jan
2005. *Special Issue on Multimedia Streaming.*

**45. An Analytical Framework of RD Optimized Video Streaming with TCP,**

*Argyriou, A.; Madisetti, V. K.;*
IEEE Transactions on Multimedia, Submitted for review in March 2005.

**46. Modeling the Effect of Handoffs on Transport Protocol Performance,**
*Argyriou, A.; Madisetti, V. K.;*
IEEE Transactions on Mobile Computing, Submitted for review in March 2005

**47. Throughput Models for Transport Protocols with CBR and VBR Traffic Workloads",**
*Argyriou, A.; Madisetti, V. K.;*
ACM Transactions on Multimedia Computing, Communications & Applications, Submitted for review in April 2005.

**48. "Electronic System, Platform & Package Codesign",**
*Madisetti, V. K.*
*IEEE Design & Test of Computers*, Volume 23, Issue 3, June 2006. pages 220-233.

**49. "The Design of an End-to-End Handoff Management Protocol",**
*A. Argyriou, Madisetti, V. K.*
*Wireless Networks, Springer, May 2006.*

**50. "A Soft-Handoff Transport Protocol for Media Flows in Heterogeneous Mobile Networks ",**
*A. Argyriou, Madisetti, V. K.*
*Computer Networks, Vol 50, Issue 11, Pages 1860-1871, August 2006.*

**51. "Computationally Efficient SNR Estimation for Bandlimited WCDMA Systems"**
*L. Jatunov, Madisetti, V. K.*
*IEEE Transactions on Wireless Communications, Volume 5, Issue 13, December 2006, Pages 3480-3491.*

**52. "Space-Time Codes for Wireless & Mobile Applications",**
*M. Sinnokrot, Madisetti, V.K.*
*DSP Handbook, Second Edition, 2009 (to be published)*

## Peer Reviewed Conference Publications

**1. Dynamically-reduced complexity implementation of echo cancelers**
*Madisetti, V.; Messerschmitt, D.; Nordstrom, N.;*
Acoustics, Speech, and Signal Processing, IEEE International Conference on ICASSP '86.  ,Volume: 11 , Apr 1986

2. **Seismic migration algorithms using the FFT approach on the NCUBE multiprocessor**
   *Madisetti, V.K.; Messerschmitt, D.G.;*
   Acoustics, Speech, and Signal Processing, 1988. ICASSP-88., 1988
   International Conference on , 11-14 April 1988

3. **Seismic migration algorithms on multiprocessors**
   *Madisetti, V.K.; Messerschmitt, D.G.;*
   Acoustics, Speech, and Signal Processing, 1988. ICASSP-88., 1988
   International Conference on , 11-14 April 1988
   Pages: 2124 - 2127 vol.4

4. **WOLF: A rollback algorithm for optimistic distributed simulation systems**
   *Madisetti, V.; Walrand, J.; Messerschmitt, D.;*
   Simulation Conference Proceedings, 1988 Winter , December 12-14, 1988
   Pages: 296 – 305

5. **Efficient distributed simulation**
   *Madisetti, V.; Walrand, J.; Messerschmitt, D.;*
   Simulation Symposium, 1989. The 22nd Annual , March 28-31, 1989
   Pages: 5 - 6

6. **High speed migration of multidimensional seismic data**
   *Kelley, B.; Madisetti, V.;*
   Acoustics, Speech, and Signal Processing, 1991. ICASSP-91., 1991
   International Conference on , 14-17 April 1991
   Pages: 1117 - 1120 vol.2

7. **Performance of a fast analog VLSI implementation of the DFT**
   *Buchanan, B.; Madisetti, V.; Brooke, M.;*
   Circuits and Systems, 1992., Proceedings of the 35th Midwest Symposium on , 9-12 Aug. 1992
   Pages: 1353 - 1356 vol.2

8. **Task scheduling in the Georgia Tech digital signal multiprocessor**
   *Curtis, B.A.; Madisetti, V.K.;*
   Acoustics, Speech, and Signal Processing, 1992. ICASSP-92., 1992 IEEE
   International Conference on  ,Volume: 5 , 23-26 March 1992
   Pages: 589 - 592 vol.5

9. **The fast discrete Radon transform**
   *Kelley, B.T.; Madisetti, V.K.;*
   Acoustics, Speech, and Signal Processing, 1992. ICASSP-92., 1992 IEEE
   International Conference on  ,Volume: 3 , 23-26 March 1992
   Pages: 409 - 412 vol.3

**10. Yield-based system partitioning strategies for MCM and ASEM design**
*Khan, S.; Madisetti, V.;*
Multi-Chip Module Conference, 1994. MCMC-94, Proceedings., 1994 IEEE,15-17 March 1994
Pages:144 – 149

**11. Multitrack RLL codes for the storage channel with immunity to intertrack interference**
*Lee, J.; Madisetti, V.K.;*
Global Telecommunications Conference, 1994. GLOBECOM '94.
'Communications: The Global Bridge'., IEEE,Volume: 3 , 28 Nov.-2 Dec. 1994
Pages:1477 - 1481 vol.3

**12. A parallel mapping of backpropagation algorithm for mesh signal processor**
*Khan, S.A.; Madisetti, V.K.;*
Neural Networks for Signal Processing [1995] V. Proceedings of the 1995 IEEE Workshop , 31 Aug.-2 Sept. 1995
Pages:561 – 570

**13. Virtual prototyping of embedded DSP systems**
*Madisetti, V.K.; Egolf, T.; Famorzadeh, S.; Dung, L.-R.;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995 International Conference on ,Volume: 4 , 9-12 May 1995
Pages:2711 - 2714 vol.4

**14. Assessing and improving current practice in the design of application-specific signal processors**
*Shaw, G.A.; Anderson, J.C.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995 International Conference on ,Volume: 4 , 9-12 May 1995
Pages:2707 - 2710 vol.4

**15. Introduction to ARPA's RASSP initiative and education/facilitation program**
*Corley, J.H.; Madisetti, V.K.; Richards, M.A.;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995 International Conference on ,Volume: 4 , 9-12 May 1995
Pages:2695 - 2698 vol.4

**16. DSP design education at Georgia Tech**
*Madisetti, V.K.; McClellan, J.H.; Barnwell, T.P., III;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995 International Conference on ,Volume: 5 , 9-12 May 1995
Pages:2869 - 2872 vol.5

**17. Rapid prototyping of DSP systems via system interface module generation**
*Famorzadeh, S.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1996. ICASSP-96. Conference Proceedings., 1996 IEEE International Conference on  ,Volume: 2 , 7-10 May 1996
Pages: 1256 - 1259 vol. 2

**18. Rapid prototyping of DSP chip-sets via functional reuse**
*Romdhane, M.S.B.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1996. ICASSP-96. Conference Proceedings., 1996 IEEE International Conference on  ,Volume: 2 , 7-10 May 1996
Pages: 1236 - 1239 vol. 2

**19. A constructive deconvolution procedure of bandpass signals by homomorphic analysis**
*Marenco, A.L.; Madisetti, V.K.;*
Geoscience and Remote Sensing Symposium, 1996. IGARSS '96. 'Remote Sensing for a Sustainable Future.', International  ,Volume: 3 , 27-31 May 1996
Pages: 1592 - 1596 vol.3

**20.  BEEHIVE: an adaptive, distributed, embedded signal processing environment**
*Famorzadeh, S.; Madisetti, V.; Egolf, T.; Nguyen, T.;*
Acoustics, Speech, and Signal Processing, 1997. ICASSP-97., 1997 IEEE International Conference on  ,Volume: 1 , 21-24 April 1997
Pages: 663 - 666 vol.1

**21. Target detection from coregistered visual-thermal-range images**
*Perez-Jacome, J.E.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1997. ICASSP-97., 1997 IEEE International Conference on  ,Volume: 4 , 21-24 April 1997
Pages: 2741 - 2744 vol.4

**22. Variable block size adaptive lapped transform-based image coding**
*Klausutis, T.J.; Madisetti, V.K.;*
Image Processing, 1997. Proceedings., International Conference on  ,Volume: 3 , 26-29 Oct. 1997
Pages: 686 - 689 vol.3

**23. A Rate 8/10 (0, 6) MTR Code And Its Encoder/decoder**
*Jaejin Lee; Madisetti, V.K.;*

Magnetics Conference, 1997. Digests of INTERMAG '97., 1997 IEEE
International , 1-4 April 1997
Pages: BS-15 - BS-15

**24. VHDL models supporting a system-level design process: a RASSP
approach**
*DeBardelaben, J.A.; Madisetti, V.K.; Gadient, A.J.;*
VHDL International Users' Forum, 1997. Proceedings , 19-22 Oct. 1997
Pages: 183 – 188

**25. A performance modeling framework applied to real time infrared
search and track processing**
*Pauer, E.K.; Pettigrew, M.N.; Myers, C.S.; Madisetti, V.K.;*
VHDL International Users' Forum, 1997. Proceedings , 19-22 Oct. 1997
Pages: 33 – 42

**26. System design and re-engineering through virtual prototyping: a
temporal model-based approach**
*Khan, M.H.; Madisetti, V.K.;*
Signals, Systems & Computers, 1998. Conference Record of the Thirty-
Second Asilomar Conference on  ,Volume: 2 , 1-4 Nov. 1998
Pages: 1720 - 1724 vol.2

**27. A debugger RTOS for embedded systems**
*Akgul, T.; Kuacharoen, P.; Mooney, V.J.; Madisetti, V.K.;*
Euromicro Conference, 2001. Proceedings. 27th , 4-6 Sept. 2001
Pages: 264 - 269

**28. Adaptability, extensibility and flexibility in real-time operating
systems**
*Kuacharoen, P.; Akgul, T.; Mooney, V.J.; Madisetti, V.K.;*
Digital Systems, Design, 2001. Proceedings. Euromicro Symposium on , 4-6
Sept. 2001
Pages: 400 – 405

**29.  Effect of handoff delay on the system performance of TDMA cellular
systems**
*Turkboylari, M.; Madisetti, V.K.;*
Mobile and Wireless Communications Network, 2002. 4th International
Workshop on , 9-11 Sept. 2002
Pages: 411 – 415

**30. Enforcing interdependencies and executing transactions atomically
over autonomous mobile data stores using SyD link technology**
*Prasad, S.K.; Bourgeois, A.G.; Dogdu, E.; Sunderraman, R.; Yi Pan; Navathe,
S.; Madisetti, V.;*
Distributed Computing Systems Workshops, 2003. Proceedings. 23rd

14

International Conference on , 19-22 May 2003
Pages: 803 – 809

**31. Performance evaluation and optimization of SCTP in wireless ad-hoc networks**
*Argyriou, A.; Madisetti, V.;*
Local Computer Networks, 2003. LCN '03. Proceedings. 28th Annual IEEE
International Conference on , 20-24 Oct. 2003
Pages: 317 - 318

**32. Implementation of a calendar application based on SyD coordination links**
*Prasad, S.K.; Bourgeois, A.G.; Dogdu, E.; Sunderraman, R.; Yi Pan; Navathe, S.; Madisetti, V.;*
Parallel and Distributed Processing Symposium, 2003. Proceedings.
International , 22-26 April 2003
Pages: 8 pp.

**33. Bandwidth aggregation with SCTP**
*Argyriou, A.; Madisetti, V.;*
Global Telecommunications Conference, 2003. GLOBECOM '03. IEEE  Volume:
7 , 1-5 Dec. 2003
Pages: 3716 - 3721 vol.7

**34. Software streaming via block streaming**
*Kuacharoen, P.; Mooney, V.J.; Madisetti, V.K.;*
Design, Automation and Test in Europe Conference and Exhibition, 2003
, 2003
Pages: 912 – 917

**35. Frequency-dependent space-interleaving for MIMO OFDM systems**
*Mohajerani, P.; Madisetti, V.K.;*
Radio and Wireless Conference, 2003. RAWCON '03. Proceedings , Aug. 10-
13, 2003
Pages: 79 - 82

**36. A media streaming protocol for heterogeneous wireless networks**
*Argyriou, A.; Madisetti, V.;*
Computer Communications, 2003. CCW 2003. Proceedings. 2003 IEEE 18th
Annual Workshop on , 20-21 Oct. 2003
Pages: 30 – 33

**37. Realizing load-balancing in ad-hoc networks with a transport layer protocol**
*Argyriou, A.; Madisetti, V.;*
Wireless Communications and Networking Conference, 2004. WCNC. 2004

IEEE  ,Volume: 3 , 21-25 March 2004
Pages:1897 - 1902 Vol.3

38. **Streaming H.264/AVC video over the Internet**
   *Argyriou, A.; Madisetti, V.;*
   Consumer Communications and Networking Conference, 2004. CCNC 2004.
   First IEEE , 5-8 Jan. 2004
   Pages:169 – 174

## Other Publications

1. **A Transport Layer Technology for Improving the QoS of Networked Multimedia Applications <draft-madisetti-arguriou-qos-sctp-00.txt).**
   *Madisetti, V., Argyriou, A.*
   IETF Internet-Draft, Jul 25, 2002.

2. **Voice & Video over Mobile IP Networks <draft-madisetti-argyriou-voice-video-mip-00.txt>**
   *Madisetti, V., Argyriou, A.*
   IETF Internet-Draft, Nov 20, 2002.

3. **Enhancements to ECRTP with Applications to Robust Header Compression for Wireless Applications**. **<draft-madisetti-rao-suresh-rohc-00.txt>**
   *Madisetti, V.; Rao, S., Suresh, N.*
   IETF Internet-Draft, June 30, 2003.

## Ph.D. Students Graduated

1. **Brian T. Kelley, 1992**
   *VLSI Computing Architectures for High Speed Signal Processing*
   Member of Technical Staff, Motorola.

   Winner of Dr. Thurgood Marshall Dissertation Fellowship Award

**2.  Bryce A. Curtis, 1992**
*Special Instruction Set Multiple Chip Computer for DSP*
Member of Technical Staff, IBM

**3.  Jaejin Lee, 1994**
*Robust Multitrack Codes for the Magnetic Channel*
Professor, Yonsei University, Korea

**4.  Mohamed S. Ben Romdhane, 1995**
*Design Synthesis of Application-Specific IC for DSP*
Director of IP, Rockwell.

**5.  Shoab A. Khan, 1995**
*Logic and Algorithm Partitioning on MCMs*
Professor, National University of Science & Technology, Pakistan

**6.  Lan-Rong Dung, 1997**
*VHDL-based Conceptual Prototyping of Embedded DSP Architectures*
Professor, National Chaio Tung University, Taiwan.

Winner of VHDL International Best PhD Thesis Award, 1997

**7.  Thomas W. Egolf, 1997**
*Virtual Prototyping of Embedded DSP Systems*
Distinguished Member of Technical Staff, Agere

**8.  Alvaro Marenco, 1997**
*On Homomorphic Deconvolution of Bandpass Signals*
Professor, Texas A&M University.

Winner of GIT ECE Outstanding Teaching Assistant Award

**9.  Shahram Famorzadeh, 1997**
*BEEHIVE: A Distributed Environment for Adaptive Signal Processing*
Member of Technical Staff, Rockwell.

**10. Timothy J. Klausutis, 1997**
*Adaptive Lapped Transforms with Applications to Image Coding.*
US Air Force/Univ. of Florida.

**11. Lan Shen, 1998**
*Temporal Design of Core-Based Systems*
Member of Technical Staff, IBM

**12. James DeBardelaben, 1998**
*Optimization Based Approach to Cost Effective DSP Design*
Research Scientist, Johns Hopkins University

Georgia Tech ECE Faculty Award

**13. Sangyoun Lee, 1999**
*Design of Robust Video Signal Processors*

Professor, Yonsei University

US Army Sensors Lab Research Excellence Award, 1999

**14. Rahmi Hezar, 2000**
*Oversampled Digital Filters*
Member of Technical Staff, Texas Instruments

**15. Yong-kyu Jung, 2001**
*Model-Based Processor Synthesis*
Professor, Texas A&M University

**16. Mustafa Turkboylari, 2002**
*Handoff Algorithms for Wireless Applications*
Member of Technical Staff, Texas Instruments

**17. Yun-Hui Fan, 2002**
*A Stereo Audio Coder with Nearly Constant Signal to Noise Ratio*
Post-Doctoral Research Associate, Northeastern University

**18.  Subrato K. De, 2002**
*Design of a Retargetable Compiler for DSP*
Member of Technical Staff, Qualcomm

US Army Sensors Lab Research Excellence Award, 1999

**19. Chonlameth Aripnikanondt, 2004**
*System-on-Chip Design with UML*
*Professor, King Mongkut's University, Thailand.*

US Army Sensors Lab Research Excellence Award, 1999

**20. Loran Jatunov, 2004**
*Performance Analysis of 3G CDMA Systems*
Senior Research Scientist, Soft Networks, LLC.

**21. Antonios Argyri**ou, 2005, Serving in Hellenic Army.

## Awards & Honors

1. **Jagasdis Bose National Science Talent Fellowship**, Indian Institute of Technology, Kharagpur, 1980-1984.

2. **General Proficiency Prize**, Indian Institute of Technology,  Kharagpur, 1984.

3. **Demetri Angelakos Outstanding Graduate Student Award**, Univ. of California, Berkeley, 1989

4. **Ira Kay IEEE/ACM Best Paper Award** for Best Paper presented at IEEE Annual Simulation Symposium, 1989

5. **IBM Faculty Development Award** 1990

6. **Technical Program Chair**, IEEE Workshop on Parallel and Distributed Simulation. 1990.

7. **Technical Program Chair**, IEEE MASCOTS'94

8. **NSF RI Award**, 1990

9. **VHDL International Best PhD Dissertation Advisor Award**, 1997

10. **Georgia Tech Outstanding Doctoral Dissertation Advisor Award**, 2001.

11. **ASEE 2006 Frederick Emmons Terman Medal, 2006.**

12. **Fellow of IEEE**

Professor Vijay K. Madisetti, ECE

