UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HTC CORPORATION, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-1897 (RMC) |
| ) | |
| IPCOM GMBH & CO., KG, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the Memorandum Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that IPCom's motion for summary judgment that the '751 Patent is not unenforceable due to inequitable conduct [Dkt. # 287, 289] is **GRANTED**; and it is

**FURTHER ORDERED** that HTC's affirmative defense, that the '751 Patent is unenforceable due to inequitable conduct, is **REJECTED**.


Date: December 5, 2011                           /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge