UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HTC CORPORATION**, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-1897 (RMC) |
| ) | |
| **IPCOM GMBH & CO., KG,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that HTC's Motion for Summary Judgment regarding U.S. Patent No. 5,390,216 [Dkt. ## 245 & 255] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that the motion is **DENIED** with regard to HTC's allegations of invalidity because there are genuine questions of material fact regarding the enablement of Claim One, substeps 1.1, 1.2, and 3.2; and it is

**FURTHER ORDERED** that the motion is **GRANTED** with regard to HTC's allegations of noninfringement of Claim One, substeps 1.2 and 3.2; and it is

**FURTHER ORDERED** that the motion is **GRANTED** with regard to HTC's allegations of noninfringement of Claim Two and Claims Five through Ten because these are dependent claims that incorporate the limitations of Claim One.

Date: March 16, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge