UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HTC CORPORATION**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-1897 (RMC) |
| **IPCOM GMBH & CO., KG,** | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons stated in the sealed Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that IPCom's motion for partial reconsideration and supplementation of the record [Dkt. 332] is **GRANTED IN PART and DENIED IN PART**; and it is

**FURTHER ORDERED** that the motion is **GRANTED** only as follows: the finding of noninfringement with regard to Claim One substep 3.2 of the 216 Patent applies only to HTC devices that use chips manufactured by Qualcomm Inc.; and it is

**FURTHER ORDERED** that the motion is **DENIED** in all other respects; and it is

**FURTHER ORDERED** that no later than September 7, 2012, the parties shall file a motion for leave to file a redacted version of the sealed Opinion for Court approval and subsequent filing on the public docket.

Date: August 28, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge