# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HTC CORPORATION**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1897 (RMC) |
| | ) | |
| **IPCOM GMBH & CO., KG,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the Opinion issued simultaneously with this Order and finding no just reason for delay, it is hereby

**ORDERED** that the motion for certification under Federal Rule of Civil Procedure 54(b) [Dkt. 334] filed by IPCom GMBH & Co., KG, is **GRANTED**; and it is

**FURTHER ORDERED** that **FINAL JUDGMENT** of noninfringement of U.S. Patent Nos. 5,390,216 and 7,043,751 is **ENTERED** for the reasons set forth in this Court's Opinions and Orders (Dkt. 324, 325, 328, 329, 366, 367); and it is

**FURTHER ORDERED** that all other claims or counterclaims concerning the 216 and 751 Patents that may remain pending are **DISMISSED** without prejudice; and it is

**FURTHER ORDERED** that the **FINAL JUDGMENT** of noninfringement of the 216 and 751 Patents is certified for immediate appeal to the U.S. Court of Appeals for the Federal Circuit pursuant to Rule 54(b).

Date: August 28, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge