# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1659

**HTC CORPORATION, and HTC AMERICA, INC.,**
*Plaintiffs - Appellees,*

v.

**IPCOM GMBH & CO., and KG,**
*Defendant - Appellant.*

Appeal from the United States District Court for the District of Columbia in No. 08-CV-1897, United States District Judge Rosemary M. Collyer.

## MANDATE

In accordance with the judgment of this Court, entered January 06, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

**RECEIVED**

FEB 12 2014

Clerk, U.S. District and
Bankruptcy Courts