**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HTC Corporation and HTC America, Inc.,<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br> v.<br><br>IPCom GMBH & Co., KG,<br><br>    Defendant and<br>    Counterclaim-Plaintiff. | Civil Action No. 1:08-cv-01897 (RMC) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs and Counterclaim-Defendants HTC Corporation and HTC America, Inc. ("HTC") and Defendant and Counterclaim-Plaintiff IPCom GmbH & Co., KG ("IPCom"), by and through undersigned counsel, hereby stipulate and agree that all claims asserted by HTC against IPCom and all counterclaims asserted by IPCom against HTC are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: October 1, 2019

| KILPATRICK TOWNSEND & STOCKTON LLP | PERKINS COIE LLP |
|---|---|
| */s/ Mitchell G. Stockwell*<br>Mitchell G. Stockwell (admitted pro hac vice)<br>David A. Reed (admitted pro hac vice)<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, Georgia 30309-4530<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>MStockwell@kilpatricktownsend.com<br>DReed@kilpatricktownsend.com | */s/ Tyler R. Bowen*<br>John S. Skilton<br>Jeff Bowen (admitted pro hac vice)<br>Perkins Coie LLP<br>1 East Main Street, Suite 201<br>Madison, Wisconsin 53703-5118<br>Telephone: (608) 663-7460<br>Facsimile: (608) 663-7499<br>JSkilton@perkinscoie.com<br>JBowen@perkinscoie.com |

Joshua B. Pond
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 508-5858
JPond@kilpatricktownsend.com

*Attorneys for Defendant and Counterclaim-Plaintiff IPCom GmbH & Co., KG*

Tyler R. Bowen (admitted pro hac vice)
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
TBowen@perkinscoie.com

*Attorneys for Plaintiffs and Counterclaim-Defendants HTC Corporation and HTC America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2019, a true copy of the foregoing instrument was filed via the Court's electronic filing system and that a copy of the same was sent to counsel of record via electronic mail.

                                              */s/ Kaye Leach*

62019-0037/145215930.2